UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AXA ADVISORS, LLC, a Delaware limited liability company,<br><br>               Plaintiff,<br><br>vs.<br><br>GRANT N. LEE, individually; GRANT N. LEE, as Assignee of Rick Lee; JOYCE M. LEE, individually; SCOTT LEE, individually; and JASON LEE, individually,<br><br>               Defendants. | Case No. 1:15-cv-137-BLW<br><br>**ORDER GRANTING EXTENSION OF DEADLINES** |

       The Court, having considered the parties' Stipulation for Extension of Deadlines (Dkt. 21), and the Court finding good cause therein;

       NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 21) is APPROVED, and that:

       1.    Defendants shall have an extension of time to produce additional documents responsive to Plaintiff's requests until October 14, 2015;

       2.    Plaintiff shall have an extension of time to respond to Defendants' First Set of Requests for Production and Requests for Admission Limited to the Issue of Arbitrability until October 14, 2015; and

       3.    Plaintiff's time to respond to Defendants' Motion for Summary Judgment and Motion to Compel Arbitration (Dkt. 13) shall be extended from October 5, 2015, until November 16, 2015.



DATED: September 24, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER GRANTING EXTENSION OF DEADLINES**